IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MOLLIE R. OWES,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION 07-00065-WS-B |
| | * | |
| **MICHAEL J. ASTRUE,** | * | |
| **Commissioner of Social Security,** | * | |
| | * | |
| **Defendant.** | * | |

## ORDER

After due and proper consideration of all portion of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated May 8, 2007 is hereby **ADOPTED** as the opinion of this Court. Accordingly, for good cause shown and because no answer has been filed, it is **ORDERED** that Defendant's unopposed Motion To Remand (Doc. 8) be and hereby is **GRANTED** and that this action is **REMANDED** to the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g) for a de novo hearing, because the Commissioner is unable to transcribe the tape of Plaintiff's administrative hearing before the Administrative Law Judge.

Under this remand pursuant to sentence six of Section 405(g), Plaintiff is not a prevailing party for purposes of the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. See Shalala v. Schafer, 509 U.S. at 297-298, 300-302 (1993).

**DONE** this 6th day of June, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE