IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MOLLIE R. OWES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION 07-0065-WS-B |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on defendant's Motion for Entry of Final Judgment (doc. 12).  On June 6, 2007, this Court remanded this action to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g).  The Motion reflects that on August 30, 2007, the Administrative Law Judge issued a fully favorable decision to plaintiff.  On that basis, the Commissioner requests that this Court enter judgment in favor of the plaintiff, pursuant to Rule 58(b), Fed.R.Civ.P.  For cause shown, the Motion is **granted**.  A separate judgment will enter, in accordance with the Commissioner's request.

DONE and ORDERED this 30th day of March, 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE