IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MOLLIE R. OWES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 07-0065-WS-B |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT

Pursuant to the separate Order entered on this date, it is hereby **ordered**, **adjudged**, and **decreed** that judgment is entered in favor of plaintiff, Mollie R. Owes, consistent with the Commissioner's fully favorable decision on remand.

DONE and ORDERED this 30th day of March, 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE